IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pearman, Darryl

Printed: 8/19/08

Case Number: 05 B 61421
Judge: Squires, John H
Filed: 10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: April 25, 2008
Confirmed: January 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,230.10 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 3,971.18 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,705.20 |
| Trustee Fee: |  | 376.83 |
| Other Funds: |  | 1,176.89 |
| Totals: | 8,230.10 | 8,230.10 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,705.20 | 2,705.20 |
| 2. | Internal Revenue Service | Priority | 15,141.80 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 1,643.75 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 892.34 | 0.00 |
| 5. | Capital One | Unsecured | 40.01 | 400.09 |
| 6. | Illinois Dept of Revenue | Unsecured | 303.64 | 0.00 |
| 7. | Great Lakes Credit Union | Unsecured | 357.11 | 3,571.09 |
| 8. | Silverleaf Resorts Inc | Secured |  | No Claim Filed |
| 9. | First National Bank Of Marin | Unsecured |  | No Claim Filed |
| 10. | City Of Chicago | Unsecured |  | No Claim Filed |
| 11. | T Mobile USA | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 21,083.85 | $ 6,676.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 59.07 |
| 5% | 77.72 |
| 4.8% | (8.66) |
| 5.4% | 248.70 |
|  | _____ |
|  | $ 376.83 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Pearman, Darryl | Case Number:  05 B 61421 |
| | Judge:  Squires, John H |
| Printed:  8/19/08 | Filed:  10/16/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                            Marilyn O. Marshall, Trustee, by:

